UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rodolfo Rios,

Plaintiff,

v.

Genzyme Corporation,

Defendant.

Civil No. 02-109 JMR/FLN

**ORDER**

James Behrenbrinker, Esq., for Plaintiff.
William Otteson, Esq., for Defendant.

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on May 6, 2002, on Plaintiff's Motion to Strike Objections and to Compel Responses to Discovery [#8].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Objections and to Compel Responses to Discovery [#8] is **GRANTED in part** and **DENIED in part** as follows:

1. Insofar as the Motion seeks to strike Defendants' "General Objections" to Plaintiff's Discovery Requests, it is **GRANTED**;

2. Insofar as the Motion pertains to Plaintiff's Discovery Requests Nos. 18, 19, 20, 21, 22, 23 & 35, Defendants' general objections are overruled and Defendants are **HEREBY ORDERED** to produce all responsive documents on or before June 1, 2002;

3. Insofar as the Motion pertains to Plaintiff's Discovery Requests Nos. 31, 34, & 43, Defendants' general objections are overruled and Defendants are **HEREBY ORDERED** to produce all responsive materials and documents on or before June 1, 2002;

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Insofar as the Motion seeks to Compel Defendants to supplement their responses to Discovery Request No. 25, it is **DENIED** as **MOOT**.

DATED: May 8, 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE