UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

RODOLFO RIOS, JR.,

Plaintiff,

vs.

GENZYME CORPORATION,
a Massachusetts corporation

Defendant.

CASE NO. 02-CV-109(JMR/FLN)

[Personal Injury / Product Liability]

**STIPULATION AND ORDER**

[JURY TRIAL REQUESTED]

---

**WHEREAS**, the Plaintiff, Rodolfo Rios, Jr., and the Defendant Genzyme Corporation, in the above-captioned action, wish to enter into a voluntary agreement pursuant to which the Court may enter an Order allowing the Plaintiff to file and serve an Amended Complaint in the form attached as Exhibit 1 hereto;

**THEREFORE**, to affectuate this intent, the Plaintiff and the Defendant through their undersigned counsel hereby stipulate and agree that upon execution of this Stipulation without further proceedings, the Court may enter an order with the following terms:

1. The Plaintiff may file and serve an Amended Complaint on the filing of this Order in the Clerk's office.

JUN 6
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 5/30, 2002

JAMES BEHRENBRINKER
Attorney at Law

By: James Behrenbrinker
James Behrenbrinker (186739)
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8168

Attorney for the Plaintiff

Dated: 5/28, 2002

GREENE ESPEL, PLLP

By: [signature]
Sarah L. Brew (#209958)
William J. Otteson (#290440)
Greene Espel, PLLP
333 South Seventh Street
Suite 1700
Minneapolis, MN 55402
(612) 373-0930

Attorneys for the Defendant

**ORDER**

Based on the Stipulation and Agreement of the parties, it is so **ORDERED**.

Dated: June 6, 2002

[signature]
Franklin L. Noel
Chief United States Magistrate Judge