UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rodolfo Rios,

Plaintiff,

v.

Genzyme Corporation,

Defendant.

Civil No. 02-109 JMR/FLN

**ORDER**

---

James R. Behrenbrinker, for Plaintiff.
Sarah L. Brew &William J. Otteson, for Defendant Genzyme Corp.
Mark R. Whitmore, for Defendant Allina Health Systems and Abbott N.W.
Cecilie M. Loidolt, for Defendants Dr. Ney, Dr. Odland, and HFA.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on July 22, 2002, on Defendant's Motion for a Protective Order [#17].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion for a Protective Order [#17] is **DENIED**.

DATED: August 5, 2002

Franklin L Noel
FRANKLIN L. NOEL
United States Magistrate Judge

FILED AUG 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK