UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rodolfo Rios,

Plaintiff,

v.

Genzyme Corporation,

Defendant.

Civil No. 02-109 JMR/FLN

AMENDED
PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. Motions to amend to seek punitive damages must be filed and served by May 1, 2003.

   b. All discovery shall be commenced in time to be completed by May 1, 2003.

   c. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by May 1, 2003. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

   d. Parties will engage in mediation on September 23, 2002.

FILED 9-11-2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before January 1, 2003.

2) By Defendant(s) on or before March 1, 2003.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before January 1, 2003.

2) By defendant(s) on or before March 1, 2003.

c. Each party may depose no more than 4 expert witnesses on or before May 1, 2003.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to July 1, 2003.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

4. Trial

a. This case shall be ready for trial on and after September 1, 2003, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 5-10 trial days.

DATED: Sept 9, 2002.

Franklin L. Noel

FRANKLIN L. NOEL
United States Magistrate Judge