UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rodolfo Rios, Jr.,

Plaintiff,

v.

Genzyme Corp., et al.,

Defendants.

Civil No. 02-CV-109 JMR/FLN

**ORDER**

---

James Behrenbrinker, Esq., for Plaintiff.
Sarah Brew, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on September 9, 2002, on Plaintiff's Motion to Compel Responses to Discovery Requests [#30].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel is **GRANTED** as follows:

1. Insofar as the Motion pertains to Plaintiff's Request for Production of Documents (Set II), Request No. 3, Defendants' objections are overruled and the motion is **GRANTED**;

2. Insofar as the Motion pertains to Plaintiff's Interrogatory No. 16 (Set II), it is **GRANTED**;

3. Insofar as the Motion pertains to Plaintiff's Interrogatories No.17, 18 and 19 (Set III), it is **GRANTED**; and

4. Insofar as the Motion pertains to Plaintiff's Requests for Production of Documents, Sets III and IV, it is **GRANTED**.

To the extent either party seeks costs and fees, such motion is **DENIED**.

DATED: Sept 17, 2002

FRANKLIN L. NOEL
Magistrate Judge

SEP 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK