C ..GINAL ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

RODOLFO RIOS, JR.,

Plaintiff,

vs.

GENZYME CORPORATION, a Massachusetts corporation; Allina Health System, d/b/a Abbott Northwestern Hospital, Mark Odland, M.D., Arthur I. Ney, M.D. and Hennepin Faculty Associates,

Defendants.

CASE NO. 02-CV-109(JMR/FLN)

Personal Injury/Product Liability/
Medical Malpractice

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, the above-captioned action may be dismissed *with prejudice* and without costs to the parties.

**IT IS FURTHER STIPULATED AND AGREED** any party, without notice to another, may cause judgment of dismissal *with prejudice* to be entered.

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: November 13, 2002

James Behrenbrinker (MN Bar #186739)
325 Ridgewood Avenue
Minneapolis, MN 55403
Telephone: (612) 871-8168

Attorney for the Plaintiff

Dated: 11/18/02

Sarah L. Brew (#209958)
Greene Espel, P.L.L.P.
200 South Sixth Street
Suite 1200
Minneapolis, MN 55402
Telephone No.: (612) 373-0830

Attorneys for Defendant Genzyme Corporation

Dated: 19 Nov. 2002

Mark R. Whitmore (#232439)
Bassford, Lockhart, Truesdell & Briggs
33 South Sixth Street
Suite 3550
Minneapolis, MN 55402-3787
Telephone No.: (612) 333-3000

Attorneys for Defendant Allina Health System

Dated: 12/2/02

Cecilie Morris Loidolt (#233006)
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone No.: (612) 338-0661

**ORDER FOR DISMISSAL**

Based upon the stipulation and agreement of the parties, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** All claims asserted by the plaintiff against the defendants are dismissed *with prejudice* and without costs to any of the parties.

December 3rd, 2002

**BY THE COURT:**

Chief U.S. District Judge James M. Rosenbaum
United States District Court
District of Minnesota