**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Rodolfo Rios, Jr.,

Plaintiff,

vs.

Genzyme Corporation, a Massachusetts corporation; Allina Health System, d/b/a Abbott Northwestern Hospital, Mark Odland, M.D., Arthur L. Ney, M.D. and Hennepin Faculty Associates,

Defendants.

Case No. 02-CV-109 [JMR/FLN]
Personal Injury/Products Liability/ Medical Malpractice

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

**THE PLAINTIFF,** having voluntarily agreed to dismiss the above-captioned action against defendants Mark Odland, M.D., Arthur L. Ney, M.D. and Hennepin Faculty Associates, without payment.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that the above-entitled action as to the plaintiff and defendants Mark Odland, M.D., Arthur L. Ney, M.D. and Hennepin Faculty Associates, may be, and the same hereby is, dismissed with prejudice and on the merits, but without further costs to the parties above-named.

**IT IS FURTHER STIPULATED AND AGREED** that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be enterec herein.

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That the above-entitled action as to plaintiff and defendants Mark Odland, M.D., Arthur L. Ney, M.D. and Hennepin Faculty Associates is dismissed with prejudice and on the merits, without costs to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

December 10, 2002

**BY THE COURT:**

Judge of District Court
Honorable James M. Rosenbaum

992954.1